# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC,<br><br>Plaintiff,<br>v.<br><br>TCT MOBILE (US), INC.; TCT MOBILE (US) HOLDINGS, INC.; HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.; and TCL COMMUNICATION, INC.,<br><br>Defendants. | C.A. No.: 20-cv-552-CFC-CJB<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

The parties respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding a discovery matter.

As a result of previous correspondence with Chambers, Plaintiff will provide its opening submissions by June 18, 2021, Defendants will provide their answering submission by June 25, 2021, and the parties will present their respective positions during a teleconference on July 6, 2021 at 1:00 p.m. with counsel for Plaintiff to initiate the call.

DATED: June 14, 2021

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

ASHBY & GEDDES

/s/ John G. Day
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for TCL Defendants*